| | |
|---|---|
| **THE HARMAN FIRM, LLP**<br>Attorneys & Counselors At Law<br>www.theharmanfirm.com | Walker G. Harman, Jr.<br>381 Park Avenue South, Suite 1220<br>New York, New York 10016<br>T: 212.425.2600 F: 212.202.3926<br>E: wharman@theharmanfirm.com |

January 30, 2020



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

**VIA ECF**

Hon. Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Wong et al v. Wilmington Capital Securities, LLC et al*, 19 CV 03731

Dear Judge Preska:

We are counsel for plaintiffs Edward Wong and Keren Zhou in Civil Action No. 19 CV 03731 (LAP). We respectfully request an adjournment of the conference that is currently scheduled for February 3, 2020 at 9:30 am. This is Plaintiffs' first request for an adjournment regarding the conference.

We are preliminarily setting forth our intention to withdraw or substitute out as counsel.

The extension is necessary because Plaintiffs' counsel is withdrawing and we wish to provide Plaintiffs time to find successor counsel. The extension is also necessary because if Plaintiffs find successor counsel during this brief extension period, then a substitution of counsel form can be filed rather than a withdrawal motion.

This adjournment will not affect any other deadlines in this case.

If your Honor prefers that we appear personally on Monday to further confirm our intention to withdraw or substitute out as counsel, we will certainly be in attendance. However, our clients are currently competitively searching for successor counsel and we are unlikely to have much additional information to add. We also request that the Court grant a sixty (60) day stay on this action of all deadlines and appearances for Plaintiffs to locate successor counsel.

Thank you for Your Honor's time and attention to this matter.

Respectfully submitted,

*/s/ Walker G. Harman, Jr.*

Walker G. Harman, Jr.

The February 3, 2020 conference will be held as scheduled.

SO ORDERED.

*/s/ Loretta A. Preska*

Loretta A. Preska, Senior U.S. District Judge

January 31, 2020