UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 2-3-2020

EDWARD WONG et al.,

                          Plaintiffs,

          -versus-

WILMINGTON CAPITAL SECURITIES,
LLC et al.,

                          Defendants.

No. 19 Civ. 3731 (LAP)

LORETTA A. PRESKA, Senior United States District Judge:

     Counsel shall appear with their clients for a conference on
February 19, 2020, at 9:00 a.m.

**SO ORDERED.**

Dated:    New York, New York
          February 3, 2020

                         _____
                         Loretta A. Preska
                         Senior U.S. District Judge