USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-7-20

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
EDWARD WONG and KEREN (ALFRED) ZHOU,

        *Plaintiffs,*

    v.

WILMINGTON CAPITAL SECURITIES, LLC, JOHN GRIFFIN, and RONALD DORUSHKIN,

        *Defendants.*
-----------------------------------------------------------------x

19-CV-03731 (LAP)

~~PROPOSED~~ **JUDGMENT**

**WHEREAS,** pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants Wilmington Capital Securities LLC ("Wilmington"), and Ronald Dorushkin (collectively, "Defendants") served an Offer of Judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure upon counsel for plaintiffs, offering Plaintiffs Edward Wong and Keren (Alfred) Zhou a judgment against Wilmington in the amount of $1,500.00 (one thousand five hundred dollars), inclusive of all damages, liquidated damages, reasonable attorneys' fees (statutory or otherwise), costs and expenses, and

**WHEREAS,** the Offer of Judgment is made for the purposes specified in Rule 68, and is not to be construed as either an admission that either of the Defendants are liable in this action, or that either of the Plaintiffs have suffered any damage, and

**WHEREAS,** Plaintiffs have accepted the Offer of Judgment,

**NOW THEREFORE, IT IS ORDERED, ADJUDGED, AND DECREED,** judgment is entered in favor of Plaintiffs Edward Wong and Keren (Alfred) Zhou against Defendant Wilmington Capital Securities LLC in the amount of $1,500.00 (one thousand five hundred dollars) consistent with the Offer and Acceptance of Judgment.

DATED: New York, New York
February 6, 2020

SO ORDERED:

*[signature: Loretta A. Preska]*

Hon. Loretta Preska

The Clerk of the Court shall mark this action closed and all pending motions denied as moot.

SO ORDERED. *[signature: Loretta A. Preska]*

LORETTA A. PRESKA, U.S.D.J.